**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MERRYL and ROBERT WEISS** | **Civil Action No. 06-3774** |
| **VS.** | **SECTION "R"** |
| **ALLSTATE INS. CO.** | **MAGISTRATE 5** |

**NONPARTY RIMKUS CONSULTING GROUP, INC.'S**
**MOTION TO QUASH SUBPOENA TO RIMKUS CONSULTING GROUP, INC.**
**AND/OR MOTION FOR PROTECTIVE ORDER**

Nonparty Rimkus Consulting Group, Inc. ("Rimkus"), moves to quash, or in the alternative for the entry of a protective order, the March 7, 2007 Subpoena for Rimkus to appear at an oral deposition.[1]

The subpoena at issue is invalid as Plaintiffs failed to comply with Fed.R.Civ.P. 45; the location of the deposition is improper; and service of the subpoena was improper. Further, the categories identified in the corporate deposition notice are overbroad, unduly burdensome, not relevant to the litigation at issue and not reasonably calculated to lead to the discovery of admissible evidence. Rimkus further maintains that the subpoena to appear for corporate deposition 14 days from the date of service is not reasonable notice under Fed. R. Civ. P. 30(b)(6).

Therefore, for the reasons stated in the Memorandum in Support of the Motion to Quash, Rimkus moves that the deposition subpoena be quashed and/or that a protective order be entered in favor of Rimkus.

[1] The Subpoena also commands Rimkus to produce documents four days before the deposition. The document production is not at issue in this motion, but Rimkus reserves its rights to assert appropriate objections, if necessary.

Respectfully submitted by,

BY: _/s/ Shelley H. Provosty___________

John Y. Pearce (#10374)
Shelley H. Provosty (#6482)
Michaela E. Noble (#28173)
**MONTGOMERY, BARNETT, BROWN, READ, HAMMOND AND MINTZ**
1100 Poydras Street, 3200 Energy Centre
New Orleans, LA 70163
Tel: (504) 585-3200
Fax: (504) 585-7688
Email: jpearce@monbar.com
sprovosty@monbar.com
mnoble@monbar.com
*ATTORNEYS FOR NON-PARTY RIMKUS CONSULTING GROUP, INC. OF LOUISIANA*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the above and foregoing pleading in the United States District Court for the Eastern District of Louisiana, via the Court's ECF system which served a true copy upon all known counsel of record via the Court's ECF system on this the __16th___ day of March, 2007.

_/s/ Shelley H. Provosty__________