

Find an Agent | En Español | Contact Us | Privacy Statement | Site Map

## Flood Insurance

**What are my coverage options?**

A standard **National Flood Insurance Policy** applies to a home, condominium, mobilehome,* rental or business property located in a Special Flood Hazard Area. It also covers properties in low to moderate risk areas that do not qualify for a Preferred Risk Policy. This includes non-residential and 5+ unit buildings. If you are eligible for a National Flood Insurance Policy, coverage is available for your building and personal property. The cost of Flood Insurance coverage depends on your flood zone risk area.

**What coverages are included under a standard National Flood Insurance Policy?**
The coverages available under a standard National Flood Insurance Policy include Building Coverage, Contents Coverage and Replacement Cost Coverage.

**What's included under Building Coverage?**
Building Coverage protects the structure of your home or business. It includes above-ground appliances and other items of property that are considered to be part of the building:

- Central air conditioners...refrigerators...walk-in freezers
- Built-in dishwashers...built-in microwaves...ranges, cooking stoves and ovens
- Hot water heaters...furnaces and radiators...garbage disposal units
- Awnings, blinds and canopies
- Carpet permanently installed over unfinished flooring
- Permanently installed cupboards, bookcases, cabinets, paneling and wallpaper
- Elevator equipment...fire sprinkler systems...light fixtures...plumbing fixtures
- Outdoor antennas and aerials fastened to buildings

In a **basement,**** which is defined as any room where the *floor is below ground on all sides*, **coverage is limited to the following:**

- Furnaces...hot water heaters...water softeners...central air conditioners...heat pumps
- Utility connections...sump pumps...fuel and water tanks
- Unfinished structure...dry wall or sheet rock walls...fiberglass insulation
- Electrical wiring and circuit breaker boxes
- Clean-up after a flood

**Clothes washers, dryers and food freezers** located **below ground**, in a basement,** are ***not covered*** under Building Coverage. Contents Coverage can be purchased separately for these items.

**What Building Coverage options are available?**

EXHIBIT A

- **Residential homes** can be insured up to a **maximum of $250,000** under Building Coverage.
- **Non-residential buildings** can be insured up to a **maximum of $500,000** under Building Coverage.
- **Replacement Cost Coverage** applies to **single-family dwellings** and **residential condominium building associations**. To qualify, the building must be your principal residence, it must be owner occupied, and it must be insured at the time of the loss for at least 80% of the building's replacement cost or the maximum coverage available, whichever is less. Condominium unit owners need to purchase Contents Coverage to cover personal property.

Contact your Allstate agent for a complete list of what's included under Building Coverage.

**Why do I need Contents Coverage?**
Flood claims data confirms that a foot of water can destroy 60% of a building's personal property contents. Flash flooding usually causes more damage to a building's contents than damage to the building itself.

You'll want to think about coverage for your personal property items as well as the structure of your building. Your personal belongings help make your house, apartment, condominium, mobilehome, or co-op unit a home. You don't want to risk loosing them in the event of a flood.

**What's included in Contents Coverage?**
**Contents Coverage** can be purchased for your **personal property items** located in the building **above ground**. Personal property items include:

- Clothing and furniture
- Portable or window-type air conditioning units
- Portable microwaves and portable dishwashers
- Carpets over finished flooring located above ground
- Carpets, not permanently installed, over unfinished flooring
- "Cook-out" grills
- Food freezers (other than walk-ins which are covered under Building Coverage)
- Clothes washers and dryers

**Clothes washers, dryers and food freezers** are ***only*** covered by **Contents Coverage**, whether they are located **above ground**, or below ground in a **basement**.**

**How much Contents Coverage is available?**
The maximum personal property Contents Coverage limit available is:

- Up to **$100,000** for contents with a **Standard Flood Insurance Policy**
- Up to **$60,000** for contents with a **Preferred Risk Policy**

Personal property contents are covered on an actual cash value basis. Replacement cost coverage is not available for contents. Please see your Allstate agent for details.

**What loss avoidance measures are available?**
The base insurance plan also includes **up to $1,000 for reasonable expenses**, such as sandbagging, incurred to protect your property from the imminent danger of a flood.

**How do I qualify for Preferred Risk Flood Insurance coverage?**
A Preferred Risk Flood Policy is designed for homeowners in **low to moderate flood hazard areas** who want to help protect their home and contents in the event of a

flood. In order to qualify for a Preferred Risk Flood Policy, you need to own a **one-to-four family dwelling** in a low to moderate flood hazard area that **meets certain requirements**.

**If your dwelling's flood loss history falls into any of the categories below, a Preferred Risk Policy *cannot* be written.** These requirements apply since the date of construction and regardless of your dwelling's prior ownership:

- Two loss payments, each more than $1,000
- Three or more loss payments, regardless of the amount
- Two Federal Disaster Relief payments, each more than $1,000
- Three Federal Disaster Relief payments, regardless of the amount
- One flood insurance claim payment and one flood disaster relief payment (including loans and grants), each more than $1,000[1]

**What's covered by a Preferred Risk Policy?**
For homes located in low to moderate flood hazard areas, a Preferred Risk Policy provides the same coverage as a standard Flood Insurance policy:

- Your building's structural elements can be insured up to $250,000
- The contents of your home can be insured up to $60,000
- Replacement cost coverage is also available for a single-family, primary residence. To qualify, your dwelling must be your principal residence, it must be owner occupied, and it must be insured at the time of the loss for at least 80% of the building's replacement cost or the maximum coverage available, whichever is less.[2]

**How do I qualify for Excess Flood coverage?**
In some states, if you purchase National Flood Insurance through Allstate and find you need more coverage than the maximum limit provided by the NFIP program, you may be eligible to purchase additional coverage through an Excess Flood Insurance*** Policy from your Allstate agent.

Contact an Allstate agent to learn more about the Flood Insurance coverage that may be available in your community.

**Related Articles**
Flood Insurance
Why do I need this flood insurance?
What should I consider?
How do I choose the right company?
What about discounts and savings?
How can I get a Quote?

*A Mobilehome Insurance Policy includes flood coverage in the following eight states: Alaska, Florida, Georgia, Maine, North Carolina, Pennsylvania, Rhode Island and Texas. See your Allstate agent for Mobilehome Policy details and the availability of Federal Flood Insurance coverage in your state.

**The National Flood Insurance Program defines a basement as any room where the floor of the room is below ground on all sides by any amount. "Walkout" and "daylight" basements may not be considered a basement for Flood Insurance purposes. Contents coverage must be purchased to cover washers, dryers, and freezers.

***Excess Flood Insurance coverage is currently available only in the following states: Alabama, Arizona, California, Colorado, Delaware, District of Columbia, Florida, Georgia, Idaho, Illinois, Indiana, Maryland, Michigan, Mississippi, Nevada, New Jersey, New York, North Carolina, Ohio, Oregon, Pennsylvania, Rhode Island, South Carolina, Texas, Virginia, Washington. In order to qualify for an Excess Flood Insurance Policy, you first need to purchase a National Flood Insurance Policy through Allstate. Excess Flood Insurance is provided by one or more insurance carriers not owned by or affiliated with Allstate Insurance Company. Excess Flood Insurance is subject to availability and qualifications. Other terms, conditions and exclusions may apply.

Contact your local Allstate agent to find out whether Flood Insurance coverages are available in your state.

1 FEMA: *fema.gov/nfip/prpbroch.htm.*

2 FEMA: *fema.gov/nfip/premium2.htm.*

Privacy Statement | Terms of Use | Underwriting Companies Copyright 2007 Allstate Insurance Company. All rights reserved.








## Flood Insurance

### How do I choose the right company?

There are about 100 private insurance companies that are currently selling and providing service for the National Flood Insurance Program (NFIP). Flood Insurance rates are set by the Federal Insurance and Mitigation Administration and do not vary by company.

- All companies selling National Flood Insurance offer the **same coverage limits and deductible options at the same price**.
- What differentiates companies offering National Flood Insurance is the **level of service provided** by the agent and company throughout the policy period and during the settlement of a flood loss.

You can count on Allstate to offer you a consistently high level of service. Contact an Allstate agent to learn more about how you may be able to benefit from Flood Insurance coverage.

**Related Articles**
Flood Insurance
Why do I need this flood insurance?
What should I consider?
What are my coverage options?
What about discounts and savings?
How can I get a Quote?

 Copyright 2007 Allstate Insurance Company. All rights reserved.



Find an Agent | En Español | Contact Us | Privacy Statement | Site Map



## Flood Insurance

### What should I consider?

More than 90% of all natural, presidentially-declared disasters within the United States are flood related. But, did you know Federal Disaster Declarations are issued in less than 50 percent of flooding incidents? The most typical form of disaster assistance is a loan that must be repaid – principal *plus* interest. A National Flood Insurance Program (NFIP) policy will help pay for flood damage whether or not there is a Federal Disaster Declaration.

Consider Flood Insurance coverage when you think about a comprehensive protection plan for your home or business. Whether you're eligible to purchase Flood Insurance, and how much, depends on your community's flood program status.

Over 18,000 communities throughout the United States participate in the **National Flood Insurance Program (NFIP)**, sponsored by the Federal Government. If your community is a participant, you can purchase Flood Insurance coverage directly through Allstate for your home or business.

Please note there is a **waiting period** before your Flood Insurance coverage becomes effective:

- The standard waiting period for a Flood Insurance Policy to go into effect is **30 days from the application and premium payment date**.
- **One exception** to this rule occurs when Flood Insurance is required for a **mortgage loan**, in which case the effective date for Flood Insurance coverage is the **loan closing date**.*

**Excess Flood Insurance coverage may be available**
In some states, if you purchase National Flood Insurance through Allstate and find you need more coverage than the maximum limit provided by the NFIP program, you may be eligible to purchase additional coverage through an Excess Flood Insurance** Policy from your Allstate agent.

Contact your local Allstate agent to learn more about the Flood Insurance coverage that may be available to you.

**Related Articles**
Flood Insurance
Why do I need this flood insurance?
How do I choose the right company?
What are my coverage options?
What about discounts and savings?
How can I get a Quote?

*By law, properties located in Special Flood Hazard Areas purchased with a loan from a federally insured lender (e.g. FDIC) or federally guaranteed (VA or FHA loans) must be insured by a National Flood Insurance Policy. Lenders are required to mandate borrowers purchase Flood Insurance when the money for the loan is federally regulated or insured. Unfortunately, only 25%

to 30% of these properties are in compliance with the law. Subsequent legislation allows the NFIP to fine lenders that don't enforce this regulation.

**Excess Flood Insurance coverage is currently available only in the following states: Alabama, Arizona, California, Colorado, Delaware, District of Columbia, Florida, Georgia, Idaho, Illinois, Indiana, Maryland, Michigan, Mississippi, Nevada, New Jersey, New York, North Carolina, Ohio, Oregon, Pennsylvania, Rhode Island, South Carolina, Texas, Virginia, Washington. In order to qualify for an Excess Flood Insurance Policy, you first need to purchase a National Flood Insurance Policy through Allstate. Excess Flood Insurance is provided by one or more insurance carriers not owned by or affiliated with Allstate Insurance Company. Excess Flood Insurance is subject to availability and qualifications. Other terms, conditions and exclusions may apply. Contact your local Allstate agent to find out whether Flood Insurance coverages are available in your state.

Privacy Statement | Terms of Use | Underwriting Companies Copyright 2007 Allstate Insurance Company. All rights reserved.



Find an Agent | En Español | Contact Us | Privacy Statement | Site Map



## Flood Insurance

Why do I need this insurance?

**What's my flood risk?**
Did you know everyone lives in a flood zone?[1] You don't need to live near water to be flooded. Approximately 25% of flood losses occur in low to moderate risk areas.[2] Would *your* home or business be protected in the event of a flood?

It doesn't matter whether your flood risk is high, medium, or low, you're eligible for Flood Insurance as long as your community participates in the National Flood Insurance Program. Given that most Homeowners, Condominium, Mobilehome, Renters, or Business Insurance Policies *exclude* flood coverage, a Flood Insurance Policy can help protect the most valuable asset you own: your home or your business.

**What is a flood?**
A flood can be defined as a general and temporary condition during which two or more acres of normally dry land area, or two or more properties, are partially or completely inundated.[3] A flood can result from:

- An unusual and rapid accumulation of surface water, or runoff, from any source such as a heavy rainstorm or melting snow.
- An overflow of inland or tidal waters.
- Storm surges caused by tropical storms or hurricanes.
- Mudflows resulting from surface water.[4]

Leveled forests, overbuilt land, and an increased use of asphalt have reduced the soil's natural ability to absorb excess water, compounding the risk of disastrous flooding.

**Why can't I rely on Federal Disaster Assistance?**
What if there's a serious flood in your area? Don't rely on Federal Disaster Assistance alone. Less than 50% of all flooding incidents are awarded a Federal Disaster Assistance declaration. If the President declares a Federal Disaster Area, most disaster assistance is provided in the form of a loan that must be repaid – principal *plus* interest.

**Some important facts about Federal Disaster Assistance are:**

- The average individual and Family Grant payment is less than $2,500.
- The duration of a Small Business Administration (SBA) disaster home loan is approximately 20 years.
- The average loan payment on a SBA disaster home loan is $104 a month, or $1,250 annually.
- Repayment on a $50,000 SBA disaster home loan is $311 a month, or $3,730 annually.[5]

**What's the advantage of Flood Insurance protection?**
If you experience a flood, your claim will be paid by your Flood Insurance Policy with no payback requirement like there would be for a Federal loan. Flood Insurance

reimburses homeowners for all covered losses *up to* $250,000 for the building and $100,000 for contents. For businesses, Flood Insurance will pay *up to* $500,000 for the building and $500,000 for the contents. For renters, Flood Insurance will pay *up to* $100,000 for personal belongings.[6]

**Some important facts about Flood Insurance are:**

- Depending on where you live, the average cost of a **$100,000** Flood Insurance Policy is **$350 annually**, or **less than one dollar per day**.
- The average cost of a **$50,000** Flood Insurance Policy is less than **$200 annually**, depending on where you live, or about **55 cents per day.**[7]

**Here's another way to look at Flood Insurance costs:**

- The average ***annual premium*** for $100,000 of Flood Insurance coverage is about the same as the ***average monthly payment*** for a typical $50,000 disaster home loan.[8]

**Allstate participates in the National Flood Insurance Program (NFIP)**
Would your home or business be protected in the event of a flood? If your community is a participant in the National Flood Insurance Program (NFIP), you have the opportunity to purchase National Flood Insurance coverage from an Allstate agent.

**Excess Flood Insurance coverage may be available**
Are you sure you're covered for any flooding event that may occur? In some states, if you purchase National Flood Insurance through Allstate and find you need more coverage than the maximum limit provided by the NFIP program, you may be eligible to purchase additional coverage through an Excess Flood Insurance* Policy from your Allstate agent.

**What's Preferred Risk Flood Insurance coverage?**
A Preferred Risk Flood Policy is designed for homeowners with properties located in low to moderate flood hazard areas who want to help protect their home and contents in the event of a flood. In order to qualify for a Preferred Risk Flood Policy, you need to own a one-to-four family dwelling in a low to moderate flood hazard area that meets certain requirements.

If your dwelling's flood loss history falls into any of the categories below, a Preferred Risk Policy cannot be written. These requirements apply since the date of construction and regardless of your dwelling's prior ownership:

- Two loss payments, each more than $1,000.
- Three or more loss payments, regardless of the amount.
- Two Federal Disaster Relief payments, each more than $1,000.
- Three Federal Disaster Relief payments, regardless of the amount.
- One flood insurance claim payment and one flood disaster relief payment (including loans and grants), each more than $1,000.[9]

**What's covered by a Preferred Risk Policy?**
A Preferred Risk Policy provides the same coverage as a standard Flood Insurance policy: your building's structural elements can be insured up to $250,000 and the contents of your home can be insured up to $60,000.[10]

**Some important facts about Preferred Risk Flood coverage are:**

- The cost of a **$100,000** Preferred Risk Flood Insurance Policy is **$246 annually**, or **less than 70 cents per day.**
- The cost of a **$50,000** Preferred Risk Flood Insurance Policy is **$196 annually**, or **about 55 cents per day.**[11]

**Learn more:**
Make sure to check with your local Allstate agent to determine your community's eligibility for Flood Insurance and visit our National Catastrophe Center for valuable flood preparation and recovery tips.

**Related Articles**
Flood Insurance
What should I consider?
How do I choose the right company?
What are my coverage options?
What about discounts and savings?
How can I get a Quote?

*Excess Flood Insurance coverage is currently available only in the following states: Alabama, Arizona, California, Colorado, Delaware, District of Columbia, Florida, Georgia, Idaho, Illinois, Indiana, Maryland, Michigan, Mississippi, Nevada, New Jersey, New York, North Carolina, Ohio, Oregon, Pennsylvania, Rhode Island, South Carolina, Texas, Virginia, Washington. In order to qualify for an Excess Flood Insurance Policy, you first need to purchase a National Flood Insurance Policy through Allstate. Excess Flood Insurance is provided by one or more insurance carriers not owned by or affiliated with Allstate Insurance Company. Excess Flood Insurance is subject to availability and qualifications. Other terms, conditions and exclusions may apply. Contact your local Allstate agent to find out whether Flood Insurance coverages are available in your state.

[1] FEMA: *fema.gov/nfip/nsn.htm.*
[2] Federal Consumer Information Center: *pueblo.gsa.gov/cic_text/housing/weather-patterns/flooding.htm.*
[3] FEMA: *fema.gov/nfip/19def2.htm.*
[4] FEMA: *fema.gov/nfip/19def2.htm.*
[5] FEMA: *fema.gov/nfip/clientben.htm.*
[6] FEMA: *fema.gov/diz02/d1406n27.shtm.*
[7] FEMA: *fema.gov/nfip/clientben.htm.*
[8] FEMA: *pueblo.gsa.gov/cic_text/housing/weather-patterns/flooding.htm.*
[9] FEMA: *fema.gov/nfip/prpbroch.htm.*
[10] FEMA: *fema.gov/nfip/premium2.htm.*
11 FEMA: *fema.gov/nfip/prpbroch.htm.*

Privacy Statement | Terms of Use | Underwriting Companies Copyright 2007 Allstate Insurance Company. All rights reserved.



Find an Agent | En Español | Contact Us | Privacy Statement | Site Map



## Flood Insurance

Did you know most home and business insurance policies don't cover flood losses? If your community is a participant in the National Flood Insurance Program (NFIP), you're eligible for federally sponsored Flood Insurance coverage for your home or business.

**Allstate participates in the National Flood Insurance Program**
Allstate is an active participant in the NFIP. By selecting National Flood Insurance coverage through a reliable company like Allstate, you can have peace of mind knowing you'll receive a high level of customer service when you need it most.

**Excess Flood Insurance coverage may be available**
In some states, if you purchase National Flood Insurance through Allstate and find you need more coverage than the maximum limit provided by the NFIP program, you may be eligible to purchase additional coverage through an Excess Flood Insurance* Policy from your Allstate agent.

Contact a local Allstate agent to learn more about your eligibility for Flood Insurance protection.

**Why do I need this Insurance?**

| | |
|---|---|
| Everyone lives in a flood zone. | In recent years, almost **25% of all flood insurance claims** came from **areas no one considered high risk.**[1] |
| You can't rely on Federal Disaster Assistance alone. | Many people don't qualify for grants, making the most common form of assistance a **disaster home loan**. These loans, with an average repayment term of 18.5 years, must be repaid: **principal plus interest.**[2] |
| Flood insurance is affordable. | The average **annual** premium for $100,000 of Flood Insurance coverage is about the same as the average **monthly** payment for a typical $50,000 disaster home loan.[3] |
| Flood insurance pays your claim and there's no payback requirement. | **National Flood Insurance** is the **best way to recover** from flood damage because you don't have to qualify for disaster relief, if it's available, or go into debt.[4] |

**Related Articles**
Why do I need this flood insurance?
What should I consider?
How do I choose the right company?
What are my coverage options?

What about discounts and savings?
How can I get a Quote?

*Excess Flood Insurance coverage is currently available only in the following states: Alabama, Arizona, California, Colorado, Delaware, District of Columbia, Florida, Georgia, Idaho, Illinois, Indiana, Maryland, Michigan, Mississippi, Nevada, New Jersey, New York, North Carolina, Ohio, Oregon, Pennsylvania, Rhode Island, South Carolina, Texas, Virginia, Washington. In order to qualify for an Excess Flood Insurance Policy, you first need to purchase a National Flood Insurance Policy through Allstate. Excess Flood Insurance is provided by one or more insurance carriers not owned by or affiliated with Allstate Insurance Company. Excess Flood Insurance is subject to availability and qualifications. Other terms, conditions and exclusions may apply. Contact your local Allstate agent to find out whether Flood Insurance coverages are available in your state.

1-4 Federal Consumer Information Center: *pueblo.gsa.gov/cic_text/housing/weather-patterns/flooding.htm*.

Privacy Statement | Terms of Use | Underwriting Companies Copyright 2007 Allstate Insurance Company. All rights reserved.